**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SOLOMON AZOSE and<br>NATALIE AZOSE, | ) <br> ) <br> ) <br> ) | Case No. 07-CV-04995 (DRH/ARL) |
| Plaintiffs, | ) <br> ) | NOTICE OF DEFENDANT CHASE'S<br>MOTION TO DISMISS |
| WASHINGTON MUTUAL BANK,<br>J.P. MORGAN CHASE & CO. and<br>CHASE MANHATTAN BANKING<br>CORPORATION, | ) <br> ) <br> ) <br> ) | ORAL ARGUMENT REQUESTED |
| Defendants. | ) <br> ) <br> ) | |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 12(b)(6),

Defendant Chase ("Chase")[1/] hereby moves to dismiss all counts of Plaintiffs' Complaint. As a

matter of law, none of Plaintiffs' five counts, asserting breach of contract, common law

fraud, violation of New York General Business Law §§ 349 and 350, unjust enrichment, and

violation of 12 C.F.R. § 205.16 of Regulation E, states a claim on which relief can be granted.

The grounds for this Motion and supporting authorities are set out with more particularity in the

accompanying Memorandum of Points and Authorities in Support of this Motion.

Dated: April 11, 2008

---

[1/]     Plaintiffs' Complaint lists two defendants containing "Chase" in their names. One of
them, "Chase Manhattan Banking Corporation," went out of existence in 1992. The other,
"JPMorgan Chase & Co." is a holding company, not a bank, and has no involvement in the
matters discussed in the Complaint. Both names are apparently a misnomer for JP Morgan
Chase Bank, National Association, which is a national bank operating in New York, whose ATM
is the subject of the pleaded events. For purposes of this Motion, it will be assumed that
Plaintiffs intend to sue JPMorgan Chase Bank, National Association, and the word "Chase" will
be used to refer to it.

Respectfully Submitted,

_Christopher Lipsett / RA_

Christopher R. Lipsett (CL 4818)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel.: (212) 230-8800
Email: Christopher.Lipsett@wilmerhale.com

Rebecca J.K. Gelfond (RG 9728)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6638
Email: rebecca.gelfond@wilmerhale.com

*Attorneys for Defendant Chase*